**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JULIO ANTONIO SOTO PEREZ,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-1706-D |

**ORDER**

Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging his detention with U.S. Immigration and Customs Enforcement ("ICE"). [Doc. No. 1]. On July 7, 2026, the Court entered an Order referring this case to Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. §§ 636(b)(1)(B) and (C). [Doc. No. 3]. On July 29, 2026, Respondents filed their response informing the Court that Petitioner was removed from the United States on July 23, 2026. [Doc. No. 12].

Judge Mitchell issued a Report and Recommendation ("Report"), in which she recommends that the Court dismiss the Petition as moot because the Petitioner "is no longer in custody and this Court can grant no relief." [Doc. No. 13, at p. 1]. In the Report, Judge Mitchell notified Petitioner of his right to file an objection to the Report on or before August 5, 2026, and that the failure to object waives Petitioner's right to appellate review of both factual and legal issues contained in the report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Upon review of the file and noting no timely objection to the findings and recommendations of Judge Mitchell pursuant to 28 U.S.C. § 636(b)(1), the Court **ADOPTS** the Report [Doc. No. 13] in its entirety.

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 13] is **ADOPTED**, and the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1] is **DISMISSED AS MOOT**. A separate judgment of dismissal shall be entered.

**IT IS SO ORDERED** this 30th day of September, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE